

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 3:04-CR-00011 |
| v. | ORDER |
| CHARLES A. BLY, *Defendant.* | JUDGE NORMAN K. MOON |

This matter is currently before the Court on Defendant's Amended Motion to Dismiss all five counts of the government's indictment, received by the Court on October 9, 2005. For the reasons stated in the accompanying memorandum opinion, Defendant's Motion is DENIED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of record.

ENTERED: _____
U.S. District Judge

10-14-05
Date